| | |
|---|---|
| STATE OF NORTH DAKOTA,<br><br>  Plaintiff-Appellee,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>  Defendants-Appellants,<br><br>v.<br><br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>  Intervenor Defendants-Appellants. | Case No. 23-2597<br><br>[Consolidated with Case No. 23-2518 (Lead)] |

## TRANSCRIPT CERTIFICATE OF WAIVER

PLEASE TAKE NOTICE that, in accordance with FRAP 10(b), Intervenor Defendants-Appellants Center for Biological Diversity, et al. (collectively, the Center), file this Certificate of Waiver that no transcript will be ordered for this appeal. Counsel for the Center confirmed on July 12, 2023 that Defendants-Appellants' counsel ordered the necessary transcripts.

Respectfully submitted July 24, 2023,

s/ Michael S. Freeman
Michael S. Freeman
Thomas R. Delehanty
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Phone: (303) 623-9615 (Michael S. Freeman)
Phone: (303) 623-9628 (Thomas R. Delehanty)
mfreeman@earthjustice.org
tdelehanty@earthjustice.org

Attorneys for Intervenor-Defendant-Appellant Sierra Club

Kyle Tisdel
Rose Rushing
Western Environmental Law Center
208 Paseo del Pueblo Sur, Unit 602
Taos, NM 87571
(575) 613-8050 (Kyle Tisdel)
(505) 278-9577 (Rose Rushing)
tisdel@westernlaw.org
rushing@westernlaw.org

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 708-3058
hornbein@westernlaw.org

Counsel for Intervenor-Defendants-Appellants Center for Biological Diversity, Dakota Resource Council, and Western Organization of Resource Councils

2

# CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, I electronically filed the foregoing **TRANSCRIPT CERTIFICATE OF WAIVER** with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system.

All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

s/ Michael S. Freeman<br>
Michael S. Freeman